3:52 PM
08/04/10
Accrual Basis

# Nottingham Capital Management, LLC
## Balance Sheet
### As of June 30, 2010

|  | Jun 30, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1030 · Cash Checking - WSFS | 270.00 |
| **Total Checking/Savings** | 270.00 |
| **Other Current Assets** | |
| 1225 · NCM Receivable - Steiner | 1,500,000.00 |
| 1250 · NCM Receivable - Org Exps | 43,093.43 |
| **Total Other Current Assets** | 1,543,093.43 |
| **Total Current Assets** | 1,543,363.43 |
| **Other Assets** | |
| 1730 · Investment in Affiliates | -650.00 |
| **Total Other Assets** | -650.00 |
| **TOTAL ASSETS** | 1,542,713.43 |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| 2610 · Due to/from Affiliates | 509,133.59 |
| **Total Long Term Liabilities** | 509,133.59 |
| **Total Liabilities** | 509,133.59 |
| **Equity** | |
| 3850 · Capital - NCM | 1,500,000.00 |
| 3900 · Retained Earnings | -140,824.73 |
| Net Income | -325,595.43 |
| **Total Equity** | 1,033,579.84 |
| **TOTAL LIABILITIES & EQUITY** | 1,542,713.43 |